IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES GOVERNMENT, SECRETARY OF STATE, SECRETARY OF TREASURY, SECRETARY OF DEFENSE, ATTORNEY GENERAL, SECRETARY OF JUSTICE; SECRETARY OF THE INTERIOR, SECRETARY OF AGRICULTURE, SECRETARY OF COMMERCE, SECRETARY OF HEALTH AND HUMAN SERVICES, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, SECRETARY OF TRANSPORTATION, SECRETARY OF ENERGY, SECRETARY OF EDUCATION, SECRETARY OF VETERANS AFFAIRS, SECRETARY OF HOMELAND SECURITY, DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; AND J.D. VANCE, IN HIS OFFICIAL CAPACITY AS VICE PRESIDENT OF THE UNITED STATES;<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | NO. 1:25-CV-00434-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER OVERRULING PLAINTIFF'S OBJECTIONS
AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 29, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On January 23, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 6], which granted *pro se* Plaintiff David R. Pete's ("Pete") *Motion for Leave to Proceed in forma pauperis* [Dkt. 2], and recommended dismissal of this case

for lack of standing.  On January 30, 2026, Pete filed *Objections* to Judge Hawthorn's report [Dkt. 7].

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3).  The Court has reviewed Judge Hawthorn's *Report and Recommendation* and has considered Pete's *Objection*.  Dkt. 7.  The Court holds that Judge Hawthorn's findings and conclusions of law are correct, and that Pete's *Objections* [Dkt. 7] are without merit.

It is, therefore, ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 6] is ADOPTED and that Pete's *Objection* [Dkt. 7] is OVERRULED.  A final judgment will be entered in this case, in accordance with the magistrate judge's recommendation.

**SIGNED this 4th day of February, 2026.**

Michael J. Truncale
United States District Judge